# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF JANICE E. SMITH, BAR NO. 3816

No. 80640

**FILED**

JUL 24 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DENYING PETITION FOR TRANSFER TO DISABILITY INACTIVE STATUS*

The State Bar has filed a petition requesting this court immediately transfer attorney Janice E. Smith to disability inactive status. While SCR 117(2) permits a disciplinary board or hearing panel to petition this court for a determination of an attorney's competency, and SCR 117(3) allows an attorney to petition for an order transferring him or her to disability inactive status, there is no rule allowing the State Bar, on its own, to petition for an order transferring an attorney to disability inactive status. If the State Bar is unable to reach Smith to assist her with filing a joint petition for transfer to disability inactive status, the State Bar must proceed through the disciplinary board under SCR 117(2). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Cadish

_____, J.
Silver

cc: Bar Counsel, State of Nevada
Janice Elaine Smith
Executive Director, State Bar of Nevada